UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| G.D. DEAL HOLDINGS, INC., et al. ) | |
| ) | |
| Plaintiff ) | |
| vs. ) | No. 07-CV-04965 |
| ) | |
| BAKER ENERGY, INC., et al. ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR APPROVAL OF MEMORANDUM OF JUDGMENT

Plaintiff G.D. Deal Holdings, Inc., by its attorneys, WILLIAMS MONTGOMERY & JOHN LTD., for its Motion for Approval of a Memorandum of Judgment, states:

1. On May 11, 2007, United States District Court Judge for the Western District of Kentucky, Boling Green Division, granted Plaintiff's Motion for Summary Judgment, allowing Plaintiff to recover $10,048,295.12 in damages from Defendants. Thereafter, lead counsel registered that Judgment with this Court. *See,* Group Exhibit A.

2. In order to record the Memorandum of Judgment in the 18th Judicial Circuit of DuPage County, Illinois, where some Defendants own property, the actual Memorandum of Judgment must be signed by the Judge, even though said Memorandum of Judgment attached the signed Order by District Court Judge Russell. *See,* Exhibit B.

3. In order for Plaintiff to foreclose on Defendants' property, a Memorandum of Judgment of the Judgment must be filed with the DuPage County Circuit Court but only *after* a Judge signs the actual Memorandum of Judgment form.

4. Consequently, Plaintiff requests that this Court sign the Memorandum of Judgment attached hereto so that it can record the Judgment in DuPage County, Illinois and proceed with a foreclosure action on said property.

WHEREFORE, Plaintiff G.D. Deal Holdings, Inc. prays that this Court sign the attached Memorandum of Judgment.

Respectfully submitted,

WILLIAMS MONTGOMERY & JOHN LTD.

By: _____
Michael N. Ripani

Thomas F. Falkenberg
Michael N. Ripani
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 443-3200

Document #: 761235

MEMORANDUM OF JUDGMENT

STATE OF ILLINOIS COUNTY OF DU PAGE

# MEMORANDUM OF JUDGMENT

## 18TH JUDICIAL CIRCUIT COURT OF DU PAGE COUNTY

TO

RECORDER OF DU PAGE COUNTY

(Please Type or Print Information)

(Reserved for Recorder's Use Only)

JUDGMENT: [X] RENDERED  [ ] REVIVED

IN FAVOR OF (Name)

G.D. DEAL HOLDINGS, INC.

AGAINST (Name and last known address If address is unknown, please so state)

Surinder Multani, 302 Midwest Club Parkway, Oakbrook, IL 60523

Legal Description: Lot 14 in the Midwest Club Phase I, being a subdivision of Part of the North 1/2 of Section 33, and the Northwest 1/4 of Section 34, Township 39 North, Range 11, East of the Third Principal Meridian, according to the plat thereof recorded December 6, 1978 as document R78-116577 and certificate of correction recorded November 20, 1979 as document R79-104546 and certificate of correction recorded January 15, 1982 as document R82-02848, in DuPage County, Illinois.

Permanent Index Number    06-33-202-015

DATE OF JUDGMENT    May 11, 2007    AMOUNT $10,048,295.12    COURT CASE NUMBER    1:05-CV-3-R
DAY MO. YR.
U.S.D.C., Western District of KY, Bowling Green Division and
U.S.D.C., Northern District of IL, 07-CV-04965

Mail recorded instrument to:

Mike Ripani, Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, IL 60606/312-443-3206

DATED _____

SIGNED _____
                JUDGE

DIVISION _____


EXHIBIT A

FRED BUCHOLZ, DU PAGE COUNTY RECORDER
421 N. COUNTY FARM ROAD, BOX 936, WHEATON, ILLINOIS 60189

(Rev 1/95)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.: 1:05-CV-3-R

G.D. DEAL HOLDINGS, INC., et. al.,              PLAINTIFFS

v.

BAKER ENERGY, INC, et. al.,                 DEFENDANTS

**ORDER**

**IT IS SO ORDERED:**

The Plaintiff's Motion for Summary Judgment (Docket #77) is **GRANTED**. The Court finds that the Defendants owe the Plaintiff **$660,433.96** for failure to pay the Plaintiff rent on the real property from February 2005 through August 2005. The Court finds that the Defendants owe the Plaintiff **$7,766,428.97** in damages for an accelerated amount of rent due after the rejection of the real property lease agreement by the Defendants in August 2005. The Court finds that the Defendants owe the Plaintiff **$451,223.70** for failure to pay the Plaintiff rent on the personal property from February 2005 through August 2005. The Court finds that the Defendants owe the Plaintiff **$945,098.98** in damages for an accelerated amount of rent due after the rejection of the personal property lease agreement by the Defendants in August 2005. The Court finds that the Plaintiff is entitled to **$140,296.04** in attorney fees and costs. The Court finds that the Plaintiff is entitled to **$84,813.47** in miscellaneous costs associated with the Defendants' breach of the real property lease. Lastly, the Defendants' counterclaim against the Plaintiff for breach of the lease agreement fails as a matter of law.

Accordingly, the Plaintiff shall recover **$10,048,295.12** in damages from the Defendants for their breach and default of the real property and personal property leases.

May 11, 2007

**Thomas B. Russell, Judge**
**United States District Court**

# HARNED, BACHERT & DENTON, LLP

ATTORNEYS AT LAW
324 EAST 10TH AVENUE
P. O. BOX 1270
BOWLING GREEN, KY 42102-1270

NORMAN E. HARNED
SCOTT A. BACHERT
JOY D. DENTON
STEPHANIE MCGEHEE-SHACKLETTE
W. GREG HARVEY
WILLIAM F. CODELL

Telephone:
(270) 782-3938
Facsimile:
(270) 781-4737

Codell@hbd-law.com
August 30, 2007

Michael W. Dobbins
Clerk of US District Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

RE: Registration of District Court Judgment of Another District

Dear Mr. Dobbins:

You are hereby requested to register promptly in your district pursuant to Title 28, Section 1963 of the United States Code a judgment rendered and entered in Civil Action Number 1:05-CV-3-R, by the United States District Court for the Western District of Kentucky, Bowling Green Division, on May 11, 2007, in favor of GD Deal Holdings, LLC and Girkin Development, LLC (on whose behalf the registration is requested) and against Baker Energy, Inc., Rohit Sharma, and Surinder Multani. The judgment is for the recovery of money, as more fully shown by the enclosed certified copy of the judgment. The United States District Court for the Western District of Kentucky has found good cause to register the judgment in other districts pending appeal as shown by the enclosed certified copy of the order allowing registration of the judgment. Additionally enclosed, please find a check in the amount of $39.00 to cover the filing fee for the registration of the judgment.

You are requested to notify the undersigned, attorney for GD Deal Holdings, LLC and Girkin Development, LLC, at the address set out above as soon as the registration is effected in order that enforcement of the judgment in your district may be expedited. Thank you for your attention to this matter.

Very truly yours,

HARNED, BACHERT & DENTON, LLP

William F. Codell

**07CV4965
JUDGE KENNELLY
MAG. JUDGE VALDEZ**

enclosure

PLEASE RETURN THIS NOTICE WITH YOUR REPLY TO:

# FRED BUCHOLZ
# DU PAGE COUNTY RECORDER
P.O. BOX 936
WHEATON, ILLINOIS 60189
(630) 407-5400

TO: WILLIAMS MONTGOMERY & JOHN
DATE: 10/24/2007
CONTACT: **BETH**      DIRECT: (630) 407-5437

RE: 2 JUDGMENTS      CHECK: $    80.00

THIS DOCUMENT IS BEING RETURNED FOR THE FOLLOWING REASONS:

  RECORDING FEE:      COPY FEE:      BAL DUE:
  AS PER PHONE CALL:

INFORMATION REQUIRED:
   PERMANENT INDEX #:                PREPARED BY NAME AND ADDRESS
   PROPERTY ADDRESS                  DOCUMENT DATE
   GRANTEE'S ADDRESS/TAX BILLS TO    DOCUMENT SIGNATURE
 X DEFENDANT'S LAST KNOWN ADDRESS    DOCUMENT NUMBER
 X JUDGE'S SIGNATURE                 NOTARY SEAL/DATE/SIGNATURE
   METES AND BOUNDS AFFIDAVIT        MAIL TO NAME AND ADDRESS
   CHECK NOT SIGNED                  NON-STANDARD FORM
   CHECK NOT PAYABLE TO RECORDER     OTHER
   LEGAL DESCRIPTION                 OTHER
      NOT DU PAGE COUNTY:
      INCOMPLETE:
   COPY REQUEST IS $0.50 PER PAGE:

****************************************************************
     REAL ESTATE TRANSFER DECLARATION OR STATEMENT OF EXEMPTION
****************************************************************

REAL ESTATE TRANSFER DECLARATION:
   NOT RECEIVED
   INCOMPLETE/INCORRECT:
   MUNICIPAL STAMPS REQUIRED FOR:

****************************************************************

STATEMENT OF EXEMPTION:
   NOT RECEIVED
   NOT SIGNED/DATED BY BUYER, SELLER OR REPRESENTATIVE
   ALPHABETICAL PARAGRAPH IDENTIFICATION NOT INSERTED
   MUNICIPAL STAMPS REQUIRED FOR:

OTHER: **BOTH DOCUMENTS MISSING JUDGES SIGNATURE.
SECOND DOCUMENT IS MISSING DEFENDANT'S LAST KNOWN ADDRESS**



EXHIBIT B