MEMORANDUM OF JUDGMENT

STATE OF ILLINOIS COUNTY OF DU PAGE

## MEMORANDUM
## OF JUDGMENT

18TH JUDICIAL CIRCUIT COURT
OF DU PAGE COUNTY

TO

RECORDER OF DU PAGE COUNTY

(Please Type or Print Information)

G.D. DEAL HOLDINGS, INC. )
                                          ) CASE NO.
v.                                        ) 07 CV 4965
BAUER ENERGY, INC.          )

(Reserved for Recorder's Use Only)

JUDGMENT:  [X] RENDERED    [ ] REVIVED

IN FAVOR OF    (Name)

G.D. DEAL HOLDINGS, INC.

AGAINST    (Name and last known address If address is unknown, please so state)

Surinder Multani, 302 Midwest Club Parkway, Oakbrook, IL 60523

Legal Description: Lot 14 in the Midwest Club Phase I, being a subdivision of Part of the North 1/2 of Section 33, and the Northwest 1/4 of Section 34, Township 39 North, Range 11, East of the Third Principal Meridian, according to the plat thereof recorded December 6, 1978 as document R78-116577 and certificate of correction recorded November 20, 1979 as document R79-104546 and certificate of correction recorded January 15, 1982 as document R82-02848; in DuPage County, Illinois.

Permanent Index Number    06-33-202-015

DATE OF JUDGMENT    May 11, 2007  AMOUNT  $10,048,295.12    COURT CASE NUMBER    1:05-CV-3-R
                                      DAY MO. YR.                                U.S.D.C., Western District of KY, Bowling Green Division and
                                                                                 U.S.D.C., Northern District of IL, 07-CV-04965

Mail recorded instrument to:                            DATED    1-2-08
Mike Ripani, Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100                       SIGNED _____
Chicago, IL 60606/312-443-3206                                              JUDGE

                                                        DIVISION    US District Court
                                                                    N.D.-Ill.

FRED BUCHOLZ, DU PAGE COUNTY RECORDER                                   (Rev 1/95)
421 N. COUNTY FARM ROAD, BOX 936, WHEATON, ILLINOIS 60189

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO.: 1:05-CV-3-R

G.D. DEAL HOLDINGS, INC., et. al.,                                    PLAINTIFFS

v.

BAKER ENERGY, INC, et. al.,                                          DEFENDANTS

## ORDER

**IT IS SO ORDERED:**

The Plaintiff's Motion for Summary Judgment (Docket #77) is **GRANTED**. The Court

finds that the Defendants owe the Plaintiff **$660,433.96** for failure to pay the Plaintiff rent on the

real property from February 2005 through August 2005. The Court finds that the Defendants

owe the Plaintiff **$7,766,428.97** in damages for an accelerated amount of rent due after the

rejection of the real property lease agreement by the Defendants in August 2005. The Court

finds that the Defendants owe the Plaintiff **$451,223.70** for failure to pay the Plaintiff rent on the

personal property from February 2005 through August 2005. The Court finds that the

Defendants owe the Plaintiff **$945,098.98** in damages for an accelerated amount of rent due after

the rejection of the personal property lease agreement by the Defendants in August 2005. The

Court finds that the Plaintiff is entitled to **$140,296.04** in attorney fees and costs. The Court

finds that the Plaintiff is entitled to **$84,813.47** in miscellaneous costs associated with the

Defendants' breach of the real property lease. Lastly, the Defendants' counterclaim against the

Plaintiff for breach of the lease agreement fails as a matter of law.

Accordingly, the Plaintiff shall recover **$10,048,295.12** in damages from the Defendants

for their breach and default of the real property and personal property leases.

May 11, 2007

Thomas B. Russell, Judge
United States District Court

# HARNED, BACHERT & DENTON, LLP

ATTORNEYS AT LAW
324 EAST 10TH AVENUE
P. O. BOX 1270
BOWLING GREEN, KY 42102-1270

NORMAN E. HARNED
SCOTT A. BACHERT
JOY D. DENTON
STEPHANIE MCGEHEE-SHACKLETTE
W. GREG HARVEY
WILLIAM F. CODELL

Telephone:
(270) 782-3938
Facsimile:
(270) 781-4737

Codell@hbd-law.com
August 30, 2007

Michael W. Dobbins
Clerk of US District Court
Everett McKinley Dirksen Building
219 South Dearborn Street
Chicago, IL 60604

RE:     Registration of District Court Judgment of Another District

Dear Mr. Dobbins:

You are hereby requested to register promptly in your district pursuant to Title 28, Section 1963 of the United States Code a judgment rendered and entered in Civil Action Number 1:05-CV-3-R, by the United States District Court for the Western District of Kentucky, Bowling Green Division, on May 11, 2007, in favor of GD Deal Holdings, LLC and Girkin Development, LLC (on whose behalf the registration is requested) and against Baker Energy, Inc., Rohit Sharma, and Surinder Multani. The judgment is for the recovery of money, as more fully shown by the enclosed certified copy of the judgment. The United States District Court for the Western District of Kentucky has found good cause to register the judgment in other districts pending appeal as shown by the enclosed certified copy of the order allowing registration of the judgment. Additionally enclosed, please find a check in the amount of $39.00 to cover the filing fee for the registration of the judgment.

You are requested to notify the undersigned, attorney for GD Deal Holdings, LLC and Girkin Development, LLC, at the address set out above as soon as the registration is effected in order that enforcement of the judgment in your district may be expedited. Thank you for your attention to this matter.

Very truly yours,

**07CV4965**
**JUDGE KENNELLY**
**MAG. JUDGE VALDEZ**

HARNED, BACHERT & DENTON, LLP

William F. Codell

enclosure